IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO CORTEZ BUCKLEY,

        Plaintiff,        CV F 04 5622 OWW WMW P

   vs.               ORDER RE MOTION (DOCS 11, 13)

A. K. SCRIBNER, et al.,

        Defendants.

     Plaintiff has filed a motion for judicial intervention and a motion for a court order.  The court will issue an order directed to the operative pleading.  Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for judicial intervention and motion for court order are denied as moot.IT IS SO ORDERED.

**Dated:**   **September 27, 2007**         /s/  **William M. Wunderlich**
                                 UNITED STATES MAGISTRATE JUDGE

1