IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO CORTEZ BUCKLEY,

        Plaintiff,        1: 04 5622 OWW WMW PC

    vs.                  ORDER RE MOTION (DOC 17)

A. K. SCRIBNER, et al.,

        Defendants.

      Plaintiff has filed a motion seeking to compel the CDCR to provide information to Plaintiff regarding the payment of the filing fee in this case. Specifically, Plaintiff seeks confirmation that the money taken from his account was applied to the filing fee in this case. Plaintiff has been granted leave to proceed in forma pauperis, and this action will proceed regardless of whether or not money is forwarded to the Court. The court will, however, send to Plaintiff by separate mailing any information regarding the payment of the filing fee in this case.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to compel the CDCR to provide information is denied as moot.

IT IS SO ORDERED.

**Dated:**   **July 16, 2008**                **/s/ William M. Wunderlich**
                                              UNITED STATES MAGISTRATE JUDGE