IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CORTEZ BUCKLEY,<br><br>      Plaintiff,<br><br>  vs.<br><br>A.K. SCRIBNER, et al.,<br><br>      Defendants.<br>_____/ | CASE NO.   1:04-CV-05622-LJO-MJS (PC)<br><br>ORDER REQUESTING CONFIDENTIAL STATEMENTS RE: CASE SELECTION FOR PRISONER SETTLEMENT PROGRAM<br><br>FIFTEEN (15) DAY DEADLINE |

Plaintiff is a California state prisoner proceeding pro se and in forma pauperis in a civil rights action under 42 U.S.C. § 1983. This action is proceeding against Defendants M. Dotson, R. Jarralimillio, R. Lerman, M. Ocegura, E. Parangan and R. Peck. Discovery in this action has closed. The time to file dispositive motions has not run. No trial date has been set.

Plaintiff has filed with the Court a Request for Settlement Conference. (Request, ECF No. 74.)

The parties to this action shall each, no later than fifteen (15) days from the date of service of this order, submit confidential statements as described below. The confidential statements shall not be served on the opposing party or filed with the Court,

1 but instead, delivered by mail, fax, email or personal delivery to the Court's Alternative

2 Dispute Resolution (ADR) Division, marked "Confidential", at the following address:

ADR Division, Attention: Sujean Park<br>
US District Court<br>
501 I Street, Suite 4-200<br>
Sacramento, CA 95814<br>
Fax: (916) 491-3912<br>
email: spark@caed.uscourts.gov

Such statements shall be limited to five (5) pages and shall include the following:

1. The party's assessment of whether the instant action is of the type that would benefit from a settlement proceeding,

2. The party's assessment of what factors, if any, will prevent settlement of this matter prior to trial, and

3. Any additional information the Court may find useful in determining whether to set this matter for a settlement conference.

Should the Court determine this action to be appropriate for referral to the Prisoner Settlement Program, the Court will set this matter for settlement conference before a magistrate judge or district judge.

IT IS SO ORDERED.

Dated:  May 18, 2012                    /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE