# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CORTEZ BUCKLEY, | 1:04-CV-05622-LJO-MJS (PC) |
| Plaintiff, | ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S REQUEST FOR SETTLEMENT CONFERENCE |
| vs. | |
| A.K. SCRIBNER, et al., | (ECF NO. 74) |
| Defendants. | |

Plaintiff Antonio Cortez Buckley ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 26, 2004. (Compl., ECF No. 1.) On May 16, 2012, Plaintiff filed a Request for Settlement Conference. (Request, ECF No. 74.) On May 18, 2012, the Court issued its Order Requesting Confidential Statements re Case Selection for Prisoner Settlement Program. (Order Req. Stmts., ECF No. 75.)

The parties having submitted their Confidential Statements, and the Court having determined that at present this action is not appropriate for referral to the Prisoner Settlement Program, IT IS HEREBY ORDERED that Plaintiff's Request for Settlement Conference (ECF No. 74) be denied without prejudice.

IT IS SO ORDERED.

Dated: June 11, 2012        /s/ *Michael J. Seng*
                             UNITED STATES MAGISTRATE JUDGE