# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CORTEZ BUCKLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>A. K. SCRIBNER, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:04-cv-05622-LJO-MJS (PC)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR SCHEDULING ORDER<br><br>(ECF No. 105) |

Plaintiff Antonio Cortez Buckley, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on April 26, 2004 pursuant to 42 U.S.C. § 1983. (ECF No. 1.) The action proceeds on Plaintiff's First Amended Complaint (ECF No. 26) claims that Defendants Dotson, Parangan, Jarralimillio, Peck, Lerman,[1] and Ocegura[2] violated Plaintiff's First Amendment right to free exercise of religion. (ECF Nos. 29, 48, 51.) Defendants have answered. (ECF Nos. 53, 57.) The Court issued a Second Scheduling Order on May 7, 2013 (ECF No. 106), setting a pre-trial telephonic conference October 11, 2013 and a jury trial December 10, 2013.

Pending before the Court is Plaintiff's April 4, 2013 Motion for a scheduling order setting a trial date. (ECF No. 105.) Since the court issued its Second Scheduling Order on May 7, 2013, Plaintiff's April 4, 2013 Motion is moot and shall be denied on that

---

[1] Variously "Lerma".

[2] Now deceased.

1  basis.

2       Accordingly, for the reasons stated above, Plaintiff's Motion for a scheduling
3  order setting a trial date (ECF No. 105) is DENIED AS MOOT.

5  IT IS SO ORDERED.

6  Dated:   May 8, 2013          /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE